the Rhode Island bar examination scheduled for July 24 and July 25, 1973 is granted. Joslin, J., not participating. *William J. O'Coin, Jr.,* petitioner, pro se.

Ex. Nos. 1180, 1181, 1182. STATE *v.* GEORGE E. MERCER. Motion of state to dismiss defendant's appeal denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Joseph A. Capineri,* for defendant.

Ex. No. 1764. STATE *v.* RALPH J. CASALA. Motion of state to dismiss defendant's appeal is denied. Defendant allowed an additional 30 days from date of this order in which to submit his brief. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John Cicilline,* for defendant.

Ex. No. 1785. STATE *v.* ROBERT O. LEWIS. Motion of state to dismiss defendant's appeal denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Featherston, Homans, Klubock & Griffin,* Boston, Mass., *Daniel F. Featherston, Jr.,* for defendant.

APPEAL No. 73-33. STATE *v.* LEO JOSEPH DESROCHES. Defendant's pro se motion that justices of Supreme Court disqualify themselves denied. Defendant's pro se motion for appointment of special counsel is denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Leo Joseph Desroches,* defendant, pro se.

APPEAL No. 73-137. VIOLET HURTEAU *v.* HOUSE OF BRIDES, INC. Motion to dismiss defendant's appeal granted. Joslin, J., not participating. *Lavine & Sutherland, Joseph J. DiGianfilippo,* for plaintiff. *Irving I. Zimmerman,* for defendant.

APPEAL No. 73-138. JENNIE MANSOLILLO, *Executrix, et al. v.* JAMES L. TAFT, JR., *Mayor of the City of Cranston, et al.*